# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULICES MENDOZA GUIZAR,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant.<br>_____/ | CASE NO. 1:09-cv-01372-GSA PC<br><br>ORDER TAKING JUDICIAL NOTICE OF APPLICATION TO PROCEED IN FORMA PAUPERIS FILED IN CASE NUMBER 1:08-cr-00225-LJO-2, AND DIRECTING CLERK'S OFFICE TO FILE THE APPLICATION IN THIS CASE |

On August 7, 2009, the Court issued an order requiring Plaintiff Ulices Mendoza Guizar, a federal prisoner proceeding pro se, to file an application to proceed in forma pauperis. Plaintiff complied with the order on August 21, 2009, but wrote his closed criminal case number on the application. That error led to the application being filed in case number 1:08-cr-00225-LJO-2, where it was denied as moot on August 25, 2009.

The Court HEREBY ORDERS as follows:

1. Judicial notice of the application to proceed in forma pauperis filed on August 21, 2009, in case number 1:08-cr-00225-LJO-2 is taken (court document #74); and

2. The Clerk's Office is directed to file the application is this case.

IT IS SO ORDERED.

Dated:   September 1, 2009              /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE

1